Carney R. Shegerian, Esq. (State Bar No. 150461)
CShegerian@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone: (310) 860-0770
Facsimile: (310) 860-0771

Peter A. Javanmardi, Esq. (State Bar No. 258449)
peter@javanmardilaw.com
Marc A. Holmquist, Esq. (State Bar No. 258406)
marc@holmquistlaw.com
Miranda A. Mossavar, Esq. (State Bar No. 279251)
miranda@mossavarlaw.com
JAVANMARDI LAW, PC | HOLMQUIST LAW, PC
1875 Century Park East, Suite 2250
Los Angeles, California 90067
Telephone: (424) 286-4240

Attorneys for Plaintiff HADY ELKOBAITRY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADY ELKOBAITRY,<br><br>Plaintiff,<br><br>v.<br><br>HOWMET AEROSPACE, INC.; HOWMET GLOBAL FASTENING SYSTEMS, INC.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case Number: 2:24-cv-05138 MRA (JPRx)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR AN ORDER TO REMAND TO THE LOS ANGELES SUPERIOR COURT**<br><br>(Filed Concurrently with Memorandum of Points and Authorities, Declaration of Peter Javanmardi, Declaration of Hady Elkobaitry, [Proposed] Order)<br><br>**Date: Thursday, September 12, 2024**<br>**Time: 1:30 p.m.**<br>**Courtroom: 10B**<br><br>**Judge: Hon. Monica Ramirez Almadani**<br>**Magistrate: Jean P. Rosenbluth**<br><br>**Trial Date: None Set**<br>**Action Filed: May 15, 2024**<br>**Action Removed: June 18, 2024** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Monica Ramirez Almadani, in Courtroom 10B of this Court, at 350 West First Street, Los Angeles, California 90012, plaintiff Hady Elkobaitry will move for an order to remand his lawsuit against defendants Howmet Aerospace, Inc. and Howmet Global Fastening Systems, Inc. (collectively, "Defendants") to the state court in which the action was originally filed, and that the clerk of the court send a certified copy of the order to the clerk of that court, the Los Angeles Superior Court.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 and this Court's Standing Order, which took place between counsel for Plaintiff and counsel for Defendants via videoconference on July 15, 2024, as well as emails on June 24, July 5, 8-11, 2024. *See* Declaration of Peter Javanmardi, para. 6-7.

This motion is based on 28 U.S.C. §1441, 1442, and 1447. Remand is required for the following reasons:

1. Defendants have failed to meet their burden of proof establishing diversity of citizenship; i.e., that defendant Howmet Global Fastening Systems, Inc. is not a citizen of California.

This motion is supported by the attached Memorandum of Points and Authorities, the attached Declarations of Hady Elkobaitry and Peter Javanmardi, Esq., all pleadings filed in this matter, and such other argument and evidence as this Court may consider at or before the hearing, if any, of this motion.

Dated: July 19, 2024 JAVANMARDI LAW, PC | HOLMQUIST LAW, PC

By: /s/ Peter Javanmardi
Peter A. Javanmardi
Marc A. Holmquist
Attorneys for Plaintiff
HADY ELKOBAITRY